No. 657.   CARNATION CO. *v.* PACIFIC WESTBOUND CONFERENCE ET AL.   C. A. 9th Cir.   (Certiorari granted, *ante,* p. 905.)   Motion of *Herman Goldman* for leave to withdraw his appearance as counsel for respondents granted.

No. 1139, Misc.   IN RE DISBARMENT OF HARRIS.   It is ordered that Eldon C. Harris of West Yellowstone, Montana, be suspended from the practice of the law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.

No. 1140, Misc.   IN RE DISBARMENT OF HAMMETT.   It is ordered that Bernard J. Hammett of Washington, District of Columbia, be suspended from the practice of the law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.

No. 643, Misc.   LEDFORD *v.* NORTH CAROLINA.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se.*   *Thomas Wade Bruton,* Attorney General of North Carolina, for respondent.

No. 521, Misc.   GAJEWSKI *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.   Motion for leave to file petition for writ of mandamus denied.   Petitioner *pro se.*   *Solicitor General Cox* for respondent.

No. 519, Misc.   MEADOWS *v.* BOLES, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.   Petitioner *pro se.* *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.